*FOR PUBLICATION*

```
IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
            DIVISION OF ST. CROIX
            APPELLATE DIVISION
```

TIP-TOP CONSTRUCTION, INC.,                 ) D.C. Civ. App. No. 2005/0100
                                            ) Sup. Ct. Civ. No. 0063/2002
      Appellant,                            )
                                            )
      v.                                    )
                                            )
ANTONIO GONZALEZ, AS TRUSTEE OF             )
THE ANTONIO GONZALEZ REVOCABLE              )
TRUST,                                      )
      Appellee,                             )
                                            )
      v.                                    )
                                            )
MO-PEDDLER, INC., K REALTY CO., &           )
GENO MASON KLEILA,                          )
                                            )
      Third-Party Appellee,                 )
                                            )

On Appeal from the Superior Court of the Virgin Islands
  Presiding Superior Court Judge: Hon. Edgar D. Ross

Considered: March 30, 2010
Filed: February 11, 2011

BEFORE: **RAYMOND L. FINCH**, Judge of the District Court of the Virgin Islands; **JUAN R. SANCHEZ**, Judge of the U.S. District Court, Eastern District of Pennsylvania, sitting by designation; and **JAMES S. CARROLL III**, Judge of the Superior Court of the Virgin Islands, sitting by designation.

*Tip-Top Construction, Inc. v. Gonzalez, et al.*
D.C. Civ. App. No. 2005-0100
*ORDER*
Page 2

**ATTORNEYS:**

**Chad C. Messier, Esq.**
St. Thomas, U.S.V.I.
    Attorney for Appellant,

**Gerald T. Groner, Esq.**
St. Croix, U.S.V.I.
    Attorney for Appellee.

**Per Curiam.**

| **ORDER** |
|---|

   **AND NOW,** for the reasons more fully cited in a Memorandum Opinion of even date, it is hereby

   **ORDERED** that this matter is **REMANDED** to the Superior Court for further consideration.

   **SO ORDERED** this 11th day of February 2011.


A T T E S T:
**WILFREDO F. MORALES**
Clerk of the Court

By: [signature]
Deputy Clerk

Copies To:

Judges of the Appellate Panel
Chad C. Messier, Esq.
Gerald T. Groner, Esq.

*Tip-Top Construction, Inc. v. Gonzalez, et al.*
D.C. Civ. App. No. 2005-0100
**\*ORDER\***
Page 3

Venetia Velazquez, Esq., Clerk of the Superior Court
Queen Terry, Esq.